# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

March 23, 2005

Before

Hon. FRANK H. EASTERBROOK, Circuit Judge

Hon. MICHAEL S. KANNE, Circuit Judge

Hon. DIANE P. WOOD, Circuit Judge

No. 03-3982

| | |
|---|---|
| LAWRENCE DALTON,<br>            Petitioner-Appellant,<br><br>    v.<br><br>DEIRDRE BATTAGLIA, Warden,<br>Stateville Correctional Center,<br>            Respondent-Appellee. | Appeal from the United States<br>District Court for the Northern<br>District of Illinois, Eastern Division.<br><br>No. 97 C 2368<br><br>Amy J. St. Eve,<br>Judge. |

O R D E R

The opinion of this court issued on March 23, 2005, is amended as follows:

On page 1, the reference in the caption to Stateville Correction Center should be modified to reflect Stateville Correctional Center.